FILED
July 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002795449

Amy Spencer-Martyn (CASB#248069)
2201 Court Street
Redding, CA 96001
530-244-0300
530-244-0302 facsimile

ATTORNEY FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: STEVE LEE KLUSS
KELLY JEAN KLUSS

Debtor(s).

Case No. 2010-38245
D.C. No. ASM-1

Date: AUGUST 31, 2010
Time: 9:30 AM
Courtroom: 35
Judge: KLEIN

**DEBTORS' MOTION TO COMPEL ABANDONMENT OF TRUSTEE'S INTEREST IN DEBTOR'S SHASTA POOLS BUSINESS**

Debtors respectfully request an order determining that the Chapter 7 Trustee, John Reger, has no interest in Debtors' Shasta Pools business and that the Trustee's interest be deemed abandoned.

The grounds for relief are as follows:

1. Debtor Steve Kluss is a Pool Repair & Maintenance Business, conducting his business out of his premises located at 6629 Waterford Dr, Redding, California. Debtors have filed their Schedule B under penalty of perjury attesting to their belief that the business value is made up of Pool Repair and Maintenance Tools and Chemicals valued at $575.00; client list $3,000.00; computer/printer $135.00; outstanding A/R $1700.00, for a total business value that should not exceed $5410.00.00. Debtors have approximately $15,368.00 remaining of their CCP703.140(b)(5) wildcard exemption available in the event the business or its parts are determined to have a higher value. Mr. Kluss does not

believe anyone would want to practice in his name.

Respectfully Submitted,

Date: _____ /s/ Amy Spencer-Martyn
Amy Spencer-Martyn, SBN 248069